ROSE MCSHAFFREY, an Infant, etc., by EDWARD MCSHAFFREY, Her Guardian ad Litem, Respondent, v. BERNARD DRUCKER, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, unless

plaintiff stipulates to reduce the judgment as entered to the sum of $10,138.27; in which event, the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.